JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WLLLIAM BLUE,<br><br>    Petitioner,<br><br>    v.<br><br>THOMAS CAREY,<br><br>    Respondent. | Case No. LA CV 01-7970 CJC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: June 16, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE